**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 12/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MORGAN WEIDINGER,

                Plaintiff,

            v.

ERIK DJOKIC,

                Defendant.

22-cv-8388 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      In light of the Court's order granting Plaintiff's request to file an amended complaint no later than January 16, 2023, the conference scheduled for January 6, 2023 is adjourned. Following the filing of an amended complaint, the parties shall file a letter proposing next steps in this action.

SO ORDERED.

Dated:   December 26, 2022
            New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge