UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN WEIDINGER,<br><br>                          Plaintiff,<br><br>              v.<br><br>ERIK DJOKIC,<br><br>                         Defendant. | No. 22-CV-8388 (RA)<br><br>ORDER AND NOTICE<br>OF INITIAL CONFERENCE |

RONNIE ABRAMS, United States District Judge:

      On December 26, 2022, the Court adjourned the initial conference scheduled for January 6, 2023 and directed the parties to file a letter proposing next steps in this action following the filing of an amended complaint. On January 13, 2023, Plaintiff filed her amended complaint.

      By no later than January 27, 2023, the parties shall file a joint letter informing the Court whether Defendant intends to file a renewed motion to dismiss or stay, and whether the parties request that the Court reschedule an initial conference in this matter.

SO ORDERED.

Dated:    January 20, 2023
            New York, New York

                                                                Ronnie Abrams
                                                                United States District Judge