UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN WEIDINGER, <br><br>                 Plaintiff, <br><br> v. <br><br> ERIK DJOKIC, <br><br>                 Defendant. | No. 22-CV-8388 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

      A conference was previously scheduled in this matter for March 10, 2023 at 4:00 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to March 10, 2023 at 11:30 a.m. Call-In Number: (888) 363-4749; Access Code: 1015508#.

      Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be held at a different time.

SO ORDERED.

Dated:    March 6, 2023
              New York, New York

                                              Ronnie Abrams
                                              United States District Judge