UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN WEIDINGER,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>ERIK DJOKIC,<br><br>                    Defendant(s). | 22-CV-8388 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On June 21, 2023, the Court stayed this case pending the resolution of a parallel criminal proceeding against the Defendant. ECF No. 38. The parties are hereby ORDERED to file a joint letter updating the Court on the status of this case by **January 19, 2024**.

SO ORDERED.

Dated: January 4, 2024
         New York, New York

                                                                    DALE E. HO
                                                          United States District Judge