UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN WEIDINGER,<br><br>                    Plaintiff,<br><br>          v.<br><br>ERIK DJOKIC,<br><br>                    Defendant. | 22 Civ. 8388 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On August 8, 2024, the Court ordered Defendant to respond to Plaintiff's letter within one week (i.e., by August 15, 2024). *See* ECF No. 43. That date has now passed, and the Court is not in receipt of Defendant's submission. Accordingly, Defendant is hereby **ORDERED** to file a letter-response by **August 20, 2024**. Defendant is on notice that failure to comply with the Court's orders may result in sanctions.

SO ORDERED.

Dated: August 16, 2024
       New York, New York

                              DALE E. HO
                              United States District Judge